United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2668

_____

|   |   |   |
|---|---|---|
| Ericka Roth; Ginger Roth; Midwest Timber Component Corporation, | * * * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| Roger Halvorson; Monona Enterprises, Inc.; Union State Bank; James Burger; Double L Group, Ltd.; Mike Sullivan; Houston Davis; Steve McCorkindale; Gary Walton, | * * * * * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: March 5, 1998
Filed: March 13, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Ericka Roth, Ginger Roth, and Midwest Timber Component Corporation appeal
the District Court's[1] order dismissing their suit for lack of subject matter jurisdiction.

---

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for
the Northern District of Iowa.

After careful review of the record and the parties' submissions, we conclude the District Court did not commit error.  We thus affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.